

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-15-00068-CV

John M. **DONOHUE**,
Appellant

v.

**SAN ANTONIO POLICE DEPARTMENT**, et al,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12457
Honorable Laura Salinas, Judge Presiding

# O R D E R

On February 6, 2015, appellant filed a notice of appeal in this court from the trial court's January 8, 2015 judgment. On that same day, and also in this court, appellant filed an affidavit of inability to pay costs in this court. It appears appellant did not file his affidavit in the trial court. We have forwarded both to the district clerk.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on February 6, 2015, the date his notice of appeal was filed. *See id.* R. 20.1(c)(1).

We **order** the clerk of this court to send copies of the affidavit and this order to the trial court clerk, the court reporter, and all parties. *See id.* R. 20.1(d)(2).

**We further order the deadline for filing a contest to the affidavit of indigence is March 2, 2015. Any contest must be filed in this court**. *See id.* R. 20.1(e)(1).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.



Keith E. Hottle
Clerk of Court